**No. 41114.**—Protest 919892–G/11150 of United China & Glass Co. (New Orleans).

Opinion by KEEFE, J. The motion to amend the protest was denied. It was established that there was an error made by the liquidator in the count of the pieces in calculating the duty and that duty should have been taken on 18 dozen pieces to the case, or a total of 540 dozen pieces rather than 1,080. To this extent the protest was sustained.

**No. 41115.**—Protests 815487–G, etc., of Agoos Leather Cos., Inc., et al. (Boston).

Opinion by KEEFE, J. On the authority of Abstract 38465 it was held that the net weight of the hides should have been used as a basis for computing the duty and the protests were accordingly sustained.